UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/21/2026__
```

UNITED STATES OF AMERICA

-against-

WILLIAM BAZEMORE,

Defendant.

WILLIAM BAZEMORE,

Petitioner,

-against-

UNITED STATES OF AMERICA,

Respondent.

19 Cr. 6-1 (AT)

24 Civ. 7953 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated February 2, 2026, William Bazemore moved *pro se* for reconsideration of the Court's order denying his motion to vacate his sentence. *See* ECF No. 251 in 19 Cr. 6-1; *see also* Order, ECF Nos. 248 in 19 Cr. 6-1 and 5 in ECF No. 24 Civ. 7953. Although the Second Circuit has dismissed Bazemore's appeal of the Court's order, *see* ECF No. 6 in 24 Civ. 7953 (notice of appeal); *see also* ECF No. 27 in *Bazemore v. United States of America*, No. 25-1459 (2d Cir. Feb. 24, 2026) (order dismissing appeal), this Court does not retain jurisdiction to entertain his motion for reconsideration because the Second Circuit's mandate has not yet issued. *See United States v. Vigna*, 455 F. Supp. 3d 68, 72 (S.D.N.Y. 2020) (citing *United States v. Rodgers*, 101 F.3d 247, 251 (2d Cir. 1996)).

Accordingly, briefing on Bazemore's motion is held in abeyance pending the issuance of the Second Circuit's mandate. The Clerk of Court is respectfully directed to mail a copy of this order to Bazemore *pro se* at the address listed in his letter at ECF No. 251.

SO ORDERED.

Dated: April 21, 2026
New York, New York

ANALISA TORRES
United States District Judge